# ALABAMA COURT OF CRIMINAL APPEALS



December 19, 2025

**CR-2024-0849**

Roy Burgess, Jr. v. State of Alabama (Appeal from Morgan Circuit Court: CC-93-1270 and CC-93-1270.61)

## <u>NOTICE</u>

You are hereby notified that on December 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk